IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH PRUITT,

    Plaintiff,               No. CIV S-05-1205 GGH

    vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.          ORDER

                              /

        Plaintiff has requested an extension of time to file for attorney's fees under 42 U.S.C. § 406(b) until 60 days after plaintiff is notified of the amount of benefits, if any, that has been awarded to plaintiff. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's November 15, 2006 motion for an extension of time is granted; and

        2. Plaintiff is granted sixty days from when plaintiff is notified of the amount of benefits that have been awarded him, in which to file a request for attorney's fees under 42 U.S.C. § 406(b).

DATED: 12/4/06                     /s/ Gregory G. Hollows

                                            UNITED STATES MAGISTRATE JUDGE

GGH:076
Pruitt1205.eot.wpd

1